UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 12-3254

_____

ROY ALLEN GREEN,

Appellant

v.

WARDEN BLEDSOE; ASSOCIATE WARDEN HUDSON; ASSOCIATE WARDEN
MAJORANA; CAPTAIN TRATE; LT. HEPNER; LT. SCAMPONI; LT. EDINLER;
BROWN, Health Services Admin; DR. PIGOS; PIEORIA, Physicians Assistant;
RN DELEON

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 11-cv-00481)
District Judge:  Honorable John E. Jones III

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
July 12, 2013

Before:   SMITH, CHAGARES and SHWARTZ, Circuit Judges

ORDER

 The per curiam opinion filed on August 8, 2013 in this matter is amended as
follows:  On page 5, the extraneous footnote "5" after the word "submitted." and before
"R&R at 40" is excised.

 By the Court:

 /s/ D. Brooks Smith
 U.S. Circuit Judge

DATED:  August 14, 2013